# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00069-CV

**Raul Cruz and Tony Cruz, Appellants**

**v.**

**Ricardo Cruz, Appellee**

**FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
NO. C-1-CV-11-009955, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Raul Cruz and Tony Cruz appeal from a final judgment awarding appellee Ricardo Cruz $1,092.53 in damages. After Raul and Tony failed to file a brief by a Court-imposed deadline of August 9, 2012, the clerk of this Court wrote them advising that their brief was overdue and that if they did not file a brief or otherwise respond by October 26, 2012, their appeal would be subject to dismissal for want of prosecution.[1] The October 26 deadline has passed, and Raul and Tony have made no response. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); 42.3(b).

---

[1] Because the parties share a common surname, we will use their first names to avoid confusion.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Henson

Dismissed for Want of Prosecution

Filed:   November 14, 2012